THE PEOPLE OF THE STATE OF NEW YORK ex rel. ADOLPH. EHRMAN et al., Respondents, against EUGENE J. KEARNEY, as Warden of the City Prison of the City of New York, Raymond Street Jail, Brooklyn, Appellant.—

Close, P. J., Carswell, Johnston, Adel and Taylor, JJ., concur.